```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 06138
    KIMBERLY R GIARDINI
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0240
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/23/05 and confirmed on 04/21/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 19350.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DELL FINANCIAL SVCS | SECURED | 92.87 | 11.94 | 92.87 |
| DELL PREFERRED ACCT | SECURED | .00 | .00 | .00 |
| CITIZENS BANK | SECURED | 9000.00 | 1513.34 | 9000.00 |
| CITICARDS PRIVATE LABEL | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9463.08 | .00 | 946.31 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5458.41 | .00 | 545.84 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 20359.53 | .00 | 2035.95 |
| YAMAHA MOTOR CORP/HRS | UNSECURED | NOT FILED | .00 | .00 |
| CITIZENS BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIZENS BANK | UNSECURED | 1480.34 | .00 | 148.03 |
| DISCOVER BANK | UNSECURED | 1847.08 | .00 | 184.71 |
| BECKET & LEE LLP | UNSECURED | 4642.72 | .00 | 464.27 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3348.90 | .00 | 334.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10125.86 | .00 | 1012.59 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1430.52 | .00 | 143.05 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9092.87 | .00 | 58156.44 | .00 | 67249.31 |
| PRINCIPAL PAID | 9092.87 | .00 | 5815.64 | .00 | 14908.51 |
| INTEREST PAID | 1525.28 | .00 | .00 | .00 | 1525.28 |
| TOTAL PAID | 10618.15 | .00 | 5815.64 | .00 | 16433.79 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $  2700.00
and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $     865.14 .

Refunds to the Debtor totaled $      51.07 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 06138 KIMBERLY R GIARDINI